## Risa E. Strawn, Appellee, v. Bradley Polytechnic Institute, Appellant.

### Gen. No. 9,518. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed May 15, 1940. Miller, Elliott & Westervelt, for appellant; John D. Thomason, of counsel; Richard H. Radley, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''